UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| BAH DEMBO KAIRA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 17-11762-LTS |
| SUPERINTENDENT ANTONE MONIZ, | ) ) ) | |
| Respondent. | ) ) | |

ORDER

October 16, 2017

SOROKIN, D.J.

On October 13, 2017, petitioner Bah Dembo Kaira, an immigration detainee in custody at the Plymouth County Correctional Facility, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. At that time, a service order issued and the petition was served.

However, a review of the Court's records reveals that Kaira's petition is identical to the petition he filed three days earlier, on October 10, 2017. *See Kaira v. Moniz, et al.*, C.A. No. 17-11938-FDS (pending). On October 11, 2017, Kaira's original petition was served on the respondents. *Id.*

It is well established that a district court has the inherent power to manage its own proceedings and to control the conduct of litigants who appear before it. S*ee Chambers v. Nasco, Inc.*, 501 U.S. 32, 46–50 (1991); *accord United States v. Kouri–Perez*, 187 F.3d 1, 6–8 (1st Cir.1999) (same).

In light of the fact that Mr. Kaira's petition is now pending in *Kaira v. Moniz, et al.*, C.A. No. 17-11938-FDS, it would be wasteful of judicial resources to permit the instant, identical

action to continue.  As a matter of judicial economy and the district court's inherent authority to manage its own docket, this Court finds no basis for permitting this duplicative action to proceed.

Accordingly, this action is DISMISSED as duplicative.  The Clerk shall enter a separate order of dismissal and terminate this action.

SO ORDERED.

  /s/ Leo T. Sorokin
Leo T. Sorokin
United States District Judge